UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) |
| vs. | ) No. 4:08CR00522 ERW |
| RODNEY ALLEN DENT, | ) |
| Defendant(s). | ) |

**TRANSPORTATION ORDER**

On August 31, 2009, a Final Revocation Hearing was held before this Court as to Defendant Rodney Allen Dent. The Court continued Defendant's term of Supervised Release. As a special condition of his supervision, Defendant was designated to a half-way house for a period of time not to exceed one-hundred and eighty (180) days and to participate in a mental health program approved by the United States Probation Office.

**IT IS HEREBY ORDERED** that the United States Marshal Service shall release Defendant Rodney Allen Dent to the custody of the United States Probation Office on September 3, 2009, at a time agreed upon by both agencies. The U.S. Probation Officers shall immediately transport Defendant Dent to CydKam, a Federal Community Corrections Center, located at 1081 Hart Street, Neelyville, Missouri. In accordance with U.S. Probation Office policy, and with the permission of the Court, Defendant Dent may be handcuffed while in the custody of the U.S. Probation Office and shall be transported in a federal vehicle. Defendant is ordered to remain at the Federal Community Corrections Center for a period not to exceed one-hundred eighty (180) days.

So Ordered this 2nd Day of September, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE